# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Amatea/Grimberg, J.V. ) ASBCA No. 60600
)
Under Contract No. W912DR-10-C-0034 )

APPEARANCES FOR THE APPELLANT: Edward J. Parrott, Esq.
Stephanie M. Rochel, Esq.
  Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
  McLean, VA

APPEARANCES FOR THE GOVERNMENT: Michael P. Goodman, Esq.
  Engineer Chief Trial Attorney
William J. Selinsky, Esq
David B. Jerger, Esq.
Scott C. Seufert, Esq.
  Engineer Trial Attorneys
  U.S. Army Engineer District, Baltimore

## ORDER OF DISMISSAL

The appeal has been settled. The parties jointly stipulate to dismiss this appeal pursuant to Rule 18(b) of the Rules of the Armed Services Board of Contract Appeals. Accordingly, this appeal is hereby dismissed without prejudice. Unless either party or the Board acts to reinstate the appeal within 180 days from the date of this Order, the dismissal shall be deemed with prejudice.

Dated: August 14, 2018

TERRENCE S. HARTMAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60600, Appeal of Amatea/Grimberg, J.V., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals